UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

CORTEZ DAUNDRE JONES,

          Plaintiff,

  v.

US MILITARY, *et al.*,

          Defendants.

Case No. C23-1166 JHC

REPORT AND RECOMMENDATION

      Plaintiff Cortez Daundre Jones, proceeding *pro se*, has filed an application to proceed *in forma pauperis* ("IFP") in the above-entitled action. (Dkt. # 1.) Plaintiff's IFP application indicates that he is currently employed, receiving $35,000 monthly; has other income of at least $324,000 over the past twelve months; and owns $324,000 in stocks. (*Id.* at 1-2.) Plaintiff describes monthly expenses of $4,000. (*Id.* at 2.) As additional information for why Plaintiff cannot pay court fees and costs, Plaintiff writes that his "medical bills are climbing [and he] need[s] to pay for health insurance." (*Id.*)

      After careful consideration of Plaintiff's IFP application, the governing law, and the balance of the record, the Court recommends that Plaintiff's IFP application (dkt. # 1) be DENIED because Plaintiff's IFP application fails to demonstrate that he cannot afford the

REPORT AND RECOMMENDATION - 1

1  $402.00 filing fee. Plaintiff shall pay the applicable filing fee, or submit a corrected IFP

2  application, within **thirty (30) days** of the Honorable John H. Chun's Order adopting this Report

3  and Recommendation. If Plaintiff fails to pay the requisite filing fee, or submit a corrected IFP

4  application, this case may be dismissed. A proposed Order accompanies this Report and

5  Recommendation.

6      Objections to this Report and Recommendation, if any, should be filed with the Clerk

7  within **twenty-one (21) days** of the date on which this Report and Recommendation is signed.

8  Failure to file objections within the specified time may affect your right to appeal. Objections

9  should be noted for consideration on the District Judge's motions calendar for the third Friday

10 after they are filed. If no timely objections are filed, the matter will be ready for consideration by

11 the District Judge on **September 1, 2023**.

12      This Report and Recommendation is not an appealable order. Thus, a notice of appeal

13 seeking review in the Court of Appeals for the Ninth Circuit should not be filed until Judge Chun

14 acts on this Report and Recommendation. The Clerk is directed to send copies of this Report and

15 Recommendation to Plaintiff and to Judge Chun.

16      Dated this 4th day of August, 2023.

MICHELLE L. PETERSON
United States Magistrate Judge

REPORT AND RECOMMENDATION - 2