UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CORTEZ DAUNDRE JONES,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>US MILITARY, *et al.*,<br><br>　　　　　　Defendants. | Case No. C23-1166 JHC<br><br>ORDER |

　　　Having reviewed Plaintiff Cortez Daundre Jones's application to proceed in forma pauperis ("IFP"), the Report and Recommendation of the Honorable Michelle L. Peterson, United States Magistrate Judge, Dkt. # 4, and the balance of the record, the Court ORDERS:

　　　(1)　　The Court ADOPTS the Report and Recommendation.

　　　(2)　　Plaintiff's IFP application (Dkt. # 1) is DENIED. Plaintiff is directed to pay the $402.00 filing fee, or submit a corrected IFP application, within **thirty (30) days** of this Order. If Plaintiff fails to do so, the Clerk is directed to dismiss this action without prejudice.

　　　(3)　　This matter is noted for September 1, 2023, but the Court may now rule on it, as the deadline for any objection was August 25, 2023, and no objection was filed. The Court

ORDER - 1

further notes that Plaintiff has filed an amended IFP application, which is currently pending. Dkt. # 7.

    (4)    The Clerk is directed to send copies of this Order to Plaintiff and to Judge Peterson.

Dated this 30th day of August, 2023.

*John H. Chun*
John H. Chun
United States District Judge

ORDER - 2