UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CORTEZ DAUNDRE JONES,<br><br>            Plaintiff,<br><br>   v.<br><br>UNITED STATES MILITARY, *et al.*,<br><br>            Defendants. | Case No. C23-1166 JHC<br><br>ORDER |

Having reviewed Plaintiff Cortez Daundre Jones' amended application to proceed *in forma pauperis*, Dkt. # 7, the Report and Recommendation of the Honorable Michelle L. Peterson, United States Magistrate Judge, Dkt. # 11, and the remaining record, the Court finds and ORDERS:

    (1)    The Court ADOPTS the Report and Recommendation.

    (2)    The Court further notes that, in the amended application, Plaintiff answered "0" as his and his spouse's last dates of employment; he also indicated that he cannot "work difficult jobs" but does not explain whether he can work other jobs. Dkt. # 7.

ORDER - 1

(3) Plaintiff's amended IFP application (dkt. # 7) is DENIED. Plaintiff is directed to pay the applicable filing fee within **thirty (30) days** of the date this Order is signed. If Plaintiff fails to pay the fee, the Clerk is directed to close the file.

(4) The Court STRIKES Plaintiff's objections at Dkt. # 10 as untimely.

The Clerk is directed to send copies of this Order to Plaintiff and to Judge Peterson.

Dated this 31st day of August, 2023.

*John H. Chun*

John H. Chun
United States District Judge

ORDER - 2