1
2
3
4
5

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CORTEZ DUANDRE JONES,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES MILITARY, et al.,<br>Defendants. | CASE NO. 2:23-cv-01166-JHC<br><br>ORDER TO TERMINATE MATTER |

    Before the Court is non-represented Plaintiff Cortez Duandre Jones's complaint against Defendants United States Military, United States Attorney, Ann Davidson, Patty Murray, Maria Cantwell, Kenneth McGraw, and University of Washington (Dkt. # 1-1) and accompanying application to proceed *in forma pauperis* ("IFP") (Dkt. # 1). On August 4, 2023, Magistrate Judge Michelle L. Peterson recommended the immediate denial of Plaintiff's IFP application. Dkt. # 4. On August 30, 2023, the Court adopted the Magistrate Judge's report and recommendation and ordered Plaintiff to pay the corresponding filing fee within thirty (30) days of its order. Dkt. # 9; *See* LCR 3(a). The Court explained that if Plaintiff failed to do so, the matter would be dismissed. Dkt. # 9. Because thirty (30) days have passed since the court's order (Dkt. # 9), the Clerk is directed to close and terminate this matter.

ORDER TO TERMINATE MATTER - 1

\

Dated this 3rd day of October, 2023.

*John H. Chun*

John H. Chun
United States District Judge

ORDER TO TERMINATE MATTER - 2